AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\_\_\_\*\*\*\*\*\_\_\_ DISTRICT OF  NEVADA

MICHELLE MELLEMA,

    Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:09-CV-00205-JCM-LRL**

B.E. SANDOVAL,

    Defendant.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the *Amicus* U.S. Attorney's Office's motion to dismiss (#9) is GRANTED. Plaintiff's complaint is DISMISSED with prejudice.

  September 9, 2009                       **LANCE S. WILSON**
                                                         Clerk

                                                /s/ D. R. Morgan
                                                      Deputy Clerk